**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Elizabeth F. Vieyra*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5105*
*Direct: (856) 757-5139*
*elizabeth.vieyra@usdoj.gov*

August 31, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Humala Quishpilema v. Blanche, et al.*, No. 26-cv-8531 (CCC)**
**Status Update and Request for Dismissal on Consent**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter. We write to provide a status update and request dismissal of this matter. U.S. Immigration and Customs Enforcement advises, and Petitioner's counsel confirms, that Petitioner has agreed to voluntary departure in lieu of removal. Accordingly, Petitioner's departure from the United States is expected within less than approximately 45 days. Petitioner consents to this request for dismissal.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Elizabeth F. Vieyra*
ELIZABETH F. VIEYRA
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 9/16/2026